Geri N. Kahn, Esq., SBN 148536
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (925) 889-4379

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MCHUGH,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHALE J. ASTRUE, Commissioner of<br><br>Social Security,<br><br>    Defendant. | Case No.: No. 06-3616 JL<br><br>STIPULATION TO EXTEND DUE DATE OF PLAINTIFF'S BRIEF IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT; AND [PROPOSED ORDER] |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff, James McHugh, retained counsel two days ago.  His new counsel did not represent him at any point in the administrative process and is generally unfamiliar with his case.

Stipulation of Extension of Time to File S/J - 1

2. Plaintiff's counsel has spoken with Shea Bond, Esq., defendant's counsel (via telephone messages) and she has indicated that she is agreeable to a 60 day -extension of time for counsel to prepare her brief.

3. Plaintiff's counsel has not yet had a chance to review the transcript thoroughly.  She will need the extension of time to meet with Plaintiff more, to review the transcript and to prepare the motion for summary judgment.

4. Should the request be granted, Plaintiff's brief will be due on October 10, 2007, Defendant's reply brief on November 12, 2007 and Plaintiff's response on December 12, 2007.

                                                  Respectfully submitted,

Dated:  August 9, 2007                  /s/ Geri N. Kahn  
                                                  GERI N. KAHN  
                                                  Attorney for Plaintiff

Dated:  August 9, 2007                  /s/ Shea Lita Bond  
                                                  SHEA LITA BOND  
                                                  Special Assistant United States Attorney  
                                                  Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.



Date:   August 10, 2007

IT IS SO ORDERED  
Judge James Larson  
United States Magistrate Judge