Geri N. Kahn, Esq., SBN 148536
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (925) 889-4379
Email:  gkahn@pacbell.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MCHUGH, ) | Case No.: No. 06-3616 JL |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND DUE DATE |
| ) | OF PLAINTIFF'S BRIEF IN SUPPORT OF |
| vs. ) | HIS MOTION FOR SUMMARY |
| ) | JUDGMENT; AND [~~PROPOSED~~ ORDER] |
| MICHALE J. ASTRUE, Commissioner of ) | |
| ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, by and through his attorney of record, and Defendant, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

  1.  Plaintiff's counsel has been unable to complete the Motion for Summary Judgment yet, because she has been ill.  Counsel is a sole practitioner and does not employ any support staff.

2. Plaintiff's counsel has spoken with Donna Montano, Esq., defendant's counsel and she has indicated that she is agreeable to a 30 day - extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on November 9, 2007, Defendant's reply brief on December 10, 2007 and Plaintiff's response on December 24, 2007.

Respectfully submitted,

Dated: October 9, 2007

/s/ Geri Kahn
_____
GERI N. KAHN
Attorney for Plaintiff

Dated: October 9, 2007

/s/ Donna Montano
_____
DONNA MONTANO
Special Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 10, 2007

JAMES LARSON
United States Magistrate Judge