SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
DONNA M. MONTANO CSBN 165628
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8985
Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCHUGH, | ) |
| Plaintiff, | ) CIVIL NO. 06-3616 JL |
| v. | ) STIPULATION AND ORDER EXTENDING |
| | ) DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART, | ) RESPONSE TO PLAINTIFF'S |
| Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment. Defendant seeks this extension for good cause as set forth in the attached declaration. Defendant's response was due on December 10, 2007, pursuant to Civil L.R.16-5. Defendant's response is now due on January 9, 2008. This is Defendant's first request.

Dated: December 10, 2008

/S Geri Kahni
_____
GERI KAHN (via telephonic consent)
Attorney for Plaintiff

SCOTT N. SCHOOLS
United States Attorney

1

2

Dated: _____          By: /s/ Donna M. Montano

3                                    _____
                                     Donna M. Montano
4                                    Special Assistant United States Attorney

5

PURSUANT TO STIPULATION, IT IS SO ORDERED:

6

7

8   Dated: December 14, 2007       _____

9                                  JAMES LARSON
                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28