Geri N. Kahn, CA Bar #148536
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (707) 361-0350

Attorney for Plaintiff, James McHugh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MCHUGH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　Defendant. | Case No.: No. 06-3616 JL<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d) & ORDER |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($4,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on part of the

Defendant under the EAJA. Payment of the aforementioned sum under the EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406, subject to the offset provisions of the EAJA.

Dated: October 22, 2008

      /s/
GERI N. KAHN
Attorney for Plaintiff
JAMES MCHUGH

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: October 22, 2008

      /s/
ERIC K.H. CHINN
Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: October 27, 2008

HON. JAMES LARSON
Chief Magistrate Judge